CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 30 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| HECTOR MOREL, | ) | Civil Action No. 7:09-cv-00047 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| U.S. PAROLE - USP LEE, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petitioner's response to the conditional filing order, construed as a motion to amend, is **DENIED**; the petition is **DISMISSED**; all pending motions are **DENIED** as moot; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 30th day of April, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge